IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

APR 1 7 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kimyuna Jackson,

     Plaintiff,

     Vs

The Village of Bellwood School District 88

13cv2900
Judge Ronald A. Guzman
Magistrate Arlander Keys

## Compliant At Law

Now comes Kimyuna Jackson with a Federal lawsuit against District 88 School system on behalf of Jabari Lamar Jackson. Jabari Lamar Jackson is a minor child. Jabari Lamar Jackson is and was speech impaired upon entrance into district 88. Plaintiff incorporates every paragraph here and set forth to true:

## Introduction

1 .Jabari Lamari Jackson is a minor child that is and was diagnosed with speech impairment.

2. This had been done with Jabari's the Plaintiff developmental delay doctor prior to his entrance into any programs discussed in this compliant this information is attached to the compliant lists as **Exhibit A** .

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

3. The parent of Jabari the Plaintiff had attempted to get him services through Early Intervention

Program which is a program for children under 3 years of age, but since this program had been

unable to locate a speech therapist for Jabari the Plaintiff. The parent of the Plaintiff had to find

speech services herself through Loyola Hospital. **Exhibit B.**

4. Jabari the Plaintiff had been referred to District 88 by Early Intervention Services even though

the parent of Jabari the Plaintiff had refused their services due to their inability to locate a speech

therapist she complied with a meeting with the school district wanting help for her child.

5. As a result of such an IEP conference meeting was scheduled on May 23, 2012. During such

time Kimyuna Jackson the parent of Jabari and the Plaintiff attended the meeting. The letter

schedule is attached to the compliant as **Exhibit C.**

6. In this meeting the district had plan to view Jabari's eligibility and needs for special education

and related services.

7. Review and or develop Jabari's IEP and determine his education placement using the

information from an IFSP that Jabari had received from Early Intervention Services a program

that the parent had been no longer using as a result of their inability to service him.

8. The setting of the IEP meeting had included all individuals in which should be legally present,

except the classroom teacher Anita Paul whom name is on the IEP.

9. In such case of her replacement a new classroom teacher Ms. Jones was present. This

classroom teacher MS Jones was at the IEP meeting and still present in the classroom as the

classroom teacher.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

10.  During such meeting it had been concluded that since Jabari the Plaintiff's had been 2yr 8 months than an official IEP meeting would have to occur on or after Jabari's the Plaintiff's 3rd birthday.

11. Therefore then after the entrance of the Plaintiff Jabari in to District 88 the Defendant would have 60 days from the day of Jabari's the Plaintiff entrance to service him with an IEP.

12. It had also been discussed that upon entrance into the program Jabari the Plaintiff would meet required objective/goals as directed by his classroom teacher based on his development except the classroom teacher wasn't present at that time, and to the present.

13. The Plaintiff's speech/language goals upon entrance onto the program would have to be modified as the information would be outdated.

14. This suggestion for such modification had been written on 5/23/2012 and is written that upon Jabari's entrance into District 88 he required to be re-evaluated or he will not be ineligible for the program.

15. This information is attached and reported reviewed by Merril Joseph MS. On Jabari's 3rd birthday he did not start the program, nor was the parent of Jabari contacted in regards to a start date for Jabari. **Exhibit D.**

16.  The parent of Jabari the Plaintiff tried on a couple of occasions to get Jabari into the program contacting other services in regards to this matter.

17. It wasn't until a letter from Jabari's parent, along with the concerns from Jabari's developmental delay doctor was presented to District 88 that the defendant admitted Jabari into

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

the program and since his admittance Jabari's outdated information has not yet been undated.
**Exhibit E.**

18 .The classroom teacher upon his entrance whom is not Anita Paul claims to have seen his
name and knew that he was supposed to start on September 18, 2013.

19. This same classroom teacher Ms. Jones had been in the meeting held on 5- 23-2012.

20. Ms. Jones admitted to Jabari Parent that he knew of such start date, therefore it appears that
the defendant knowingly push Jabari information to the side and denied his entrance into the
program.

21. The parent of Jabari the plaintiff wasn't notified of such start at any time in writing or by
mail contact even though she had been told verbally that Jabari would start on May 23, 2012 at
the mock IEP meeting.

22. The defendant did have an updated address to reach the parent of the plaintiff Jabari then
and now.

### Facts Common to All Counts

23. March 13, 2013 Jabari exhibited some behavior that was common to the parent but only
when commends are given. The parent of Jabari then had a meeting with the principal, Ms.
Jones, and Ms. Lot Jackson.

24. It was then and only then was that an update on Jabari's behavior in the classroom was given.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

25. The parent of Jabari the Plaintiff goes to the school every day, and the teacher ignores her, not even giving her updates on whether he's meeting the goals of Anita Paul.

26. March 14, 2013 the parent of Jabari had been given a letter from the speech therapist Juile Targen this individual wasn't at the IEP meeting on March 23, 2012.

27. March 20, 2013 Jabari was taken to his regular speech therapist and tested on the outdated goals and the parent of Jabari had been told that these goals were meet.

28. The parent of Jabari explained to the speech therapist of the defendant district 88 that she requested an Independent Education Evaluation as suggested by Merril Joseph, MS this information is attached to compliant.

29. The speech therapist for the defendant district 88 had claims that Jabari wasn't meeting his required goals which were described as out dated by Merril Joseph the individual that wrote them.

30. I then explained to her that if there is no Independent Education Evaluation or IEP meeting within those required days from Jabari's start date Jabari will no longer be in this program, as Jabari was tested on March 20, 2013 by Michele Belgin M.S on those outdated objective/goals in the IEP .

31. Jabari Lamari Jackson the Plaintiff was diagnosed as being speech impaired by a private doctor.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

32. The defendant district 88 didn't want to service Jabari because they didn't have the qualified professional to do such, so they pushed his name to the side.

33. Then upon entrance into the program the district just allowed Jabari to be there to prevent any type of law suits.

34. None of the individuals that signed off on the IEP services Jabari then and now in the classroom, except Ms. Jones who didn't write the goals, but was present at the IEP meeting.

39. The parent of Jabari even received a letter from the district that checked off he wasn't eligible for the services. This letter is attached as **Exhibit F.**

**COUNT I Implementing Regulation 34 CFR Part 300**

**20 USC 1400 ET**

36. The Americans with Disability Act 504 clearly states that a child with a disability has an equal access to an education and that it is comparable to an education provided to those who do not have a disability.

37. It also states that no otherwise qualified handicapped individual in the United States shell solely, by reason of his handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under an program or activity receiving federal financial assistance this would include public schools.

38. The Defendant Ms. Jones whom is the classroom teacher in the present took place in the IEP meeting on May 23, 2012 and yet didn't write any goals or lesson objective that Jabari the Plaintiff would be doing while in her classroom.

39. The defendant Ms. Jones is and was present in the classroom on the first day of the school year.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

40. District **88** denied Jabari's the Plaintiff entrance into the program because they wasn't able to meet his need, only being accept after pressure from the doctor's office wanting to prevent such suit.

41. Jabari had also been determined as not eligible for special education services. The information is attached to the compliant, finally as will receive the special education and related services as listed in the IEP. Attached to compliant.

42. The parent didn't check any box giving consent for The Defendant district **88** to service the child under the circumstance of early intervention. This information is attached to the compliant as **Exhibit G.**

43. Jabari need for speech services under the act of IDEA were not complied with by the Defendant district **88**, and even though Jabari had been allowed in the school the district wasn't willing to education him in accordance to his needs and understanding, nor were they willing to test him even after receiving a written evaluation by Merril Joseph MS. This information is attached to the compliant.

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THAT THIS COURT GRANT JUDGEMENT IN HER FAVOR AND AGAINIST DEFENDANTS MALE AND FEMALE, WHERE THE PLAINTIFF CAN ATTEND A SCHOOL THAT WILL PROVIDE HIM WITH A QUALITY EDUCATION WHICH IS EQUAL TO A CHILD THAT IS NOT CONSIDEERED EXCEPTION, AWARDING COMPENSATORY DAMAGES, COSTS, AND ATTORNEY FEES, ALONG WITH PUNITIVE DAMAGES AGAINIST THE INDIVIDUAL DEFENDANT IN HIS AND HER INDIVIUDAL CAPACITY, AS WELL ANY OTHER RELIEF THIS COURT DEEMS JUST AND APPROPRIATE.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### COUNT II Violation of Compliance of IDEA

### 42 USC 1983

44. The Americans with Disability Act 504 clearly states that a child with a disability has an equal access to an education and that it is comparable to an education provided to those who do not have a disability.

45. It also states that no otherwise qualified handicapped individual in the United States shell solely, by reason of his handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under an program or activity receiving federal financial assistance this would include public schools.

46. The defendant district 88 is a public school. In a follow up notification of the educational recommendations developed for Jabari the Plaintiff conference held on 5/23/2012 at Lincoln Primary School, Rm 103, 3512 Wilcox at the conference it was determine that Jabari was/is eligible for special education and related services as listed under Developmental Delay 3-9. However Jabari was only 2yr, 8 months.

47. Jabari had also been determined as not eligible for special education services. The information is attached to the compliant, finally as will receive the special education and related services as listed in the IEP.

48. However, it had been discussed that the IEP wouldn't be written until Jabari was 3 years of age and the parent had not been in consent with the information listed by Early Intervention Services. In the form that explains the parent consent for Initial Provision of Special Education Placement and related services.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

49. The parent didn't check any box giving consent for The Defendant district 88 to service the child under the circumstance of early intervention. This information is attached to the compliant.

50. The understanding had been that in September 18, 2012 on Jabari 3rd birthday he would start the program and an IEP would be written. The school district didn't contact the parent of Jabari by mail or by phone of such start date.

51. The parent of Jabari called the defendant district 88, 3 times and no one seems to be able to give her any information. The parent of Jabari gave the information to Jabari speech therapist still no results.

52. The parent of Jabari finally took Jabari back to his developmental delay doctor whom assisted her in writing a letter. This letter is attached to the compliant.

53. Upon such receipt of that letter Jabari was then allowed into school the letter is attached to compliant. The issue of Jabari the plaintiff's education then turned into him receiving educational services for his speech delay in which he had been diagnosed.

54. Since Jabari had started the program late into the year. The parent of Jabari decided that she would bring him to school and pick him up every day to see his adjustments.

55. Jabari receives a Wednesday Folder in which his parent isn't given any information to assist him in his learning. This folder is attached **Exhibit H.**

56. The parent tried on number of occasions to discuss Jabari's education adjustments in the classroom the classroom educator will always act busy or walk right past the parent.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

57. The parent even tried asking the teacher, whom is still MS Jones if she had some type of personal feelings, and she said no. Yet, she will not give her any information of the educational development of Jabari and what to work on with him at home.

58. The parent requested an Independent Education Evaluation on February 18, 2012 with the program supervisor Ms. Lot Jackson and during such time she was only given the same outdated information as an explanation of what they had been doing in the classroom. This is attached to the compliant as **Exhibit I.**

59. The Defendant made it clear that they would not retest Jabari in the allotted time as required.

Therefore, Jabari has been removed from this school district with an exit letter of explanation attached to the end of the compliant. **Exhibit J.**

60. It wasn't until Jabari had been withdrawn from the program that the parent of Jabari received any information on his progress. This information is attached to the compliant **Exhibit K.**

61. Jabari need for speech services under the act of IDEA were not complied with by the Defendant district 88, and even though Jabari had been allowed in the school the district wasn't willing to education him in accordance to his needs and understanding, nor were they willing to test him even after receiving a written evaluation by Merril Joseph MS. This information is attached to the compliant.

62. It appears that District 88 wasn't even willing to accept Jabari into the program due to their lack of educators that are considered highly qualified.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

63. MS Jones sat in the IEP meeting, yet there is no listed objective goals in which she feels Jabari can perform, only outdated information from a retired Anita Paul whom to this day has never seen Jabari's face.

64. This teacher wasn't even willing to provide the parent of Jabari with any information on his performance in the classroom and things that he can do at home to improve. Jabari does receive outside speech therapy for his service at Loyola hospital.

65. This information is attached to the complaint. The defendant district 88 isn't willing to update his information in a timely manner to make certain Jabari is on the right track with his education

66. Jabari had a most recent visit to the developmental delay doctor in Jan and it had been determine that Jabari needs services for his speech delay. This information is attached at the beginning of the compliant.

67. Yet, the defendant district 88 is unwilling to provide him with such in a timely manner in accordance to the educational laws of IDEA, or even the suggestions of a qualified MS. Nor, are they willing to make certain that he's not repeating anything that he has previously learned which in Jabaris' case will regress his progression.

68. It is undetermined at this point what is officially wrong with Jabari therefore in areas' where he shows progression should be determined.

69. District 88 the defendant is unwilling to so such in a timely manner only allowing him into the school because they were required to do such by law.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

70. It had been said by the defendant in May 2012 that upon entrance into the program that Jabari would be reevaluated as his paper work had been outdated.

71. The defendant refused to do such in any manner based on the laws and requirements under IDEA. The defendant only wanted to make certain that such exercise of a law suit wasn't practiced, instead of complaining with the educational laws and policies of IDEA.

72.The defendant allowed Jabari into the program only after feeling pressure by the doctor's office of Jabari with Ms. Lot Jackson the program supervisor of the Defendant telling the parent of Jabari after voicing her concerns about the outdated information on the IEP replying ,"well at least he is in the program. You can always take him out" .

WHEREFORE, PLAINTIFF RESPECTIFULLY REQUEST THAT THIS COURT GRANT JUDGEMENT IN HER FAVOR AND AGAINST DEFENDANTS MALE AND FEMALE, WHERE THE PLAINITIFF CAN ATTEND A SCHOOL THAT WILL PROVIDE HIM WITH A QUALITY EDUCATION WHICH IS EQUAL TO A CHILD THAT IS NOT CONSIDEERED EXCEPTION, AWARDING COMPENSATORY DAMAGES, COSTS, AND ATTORNEY FEES, ALONG WITH PUNITIVE DAMAGES AGAINST THE INDIVIDUAL DEFENDANT IN HIS AND HER INDIVIUDAL CAPACITY, AS WELL ANY OTHER RELIEF THIS COURT DEEMS JUST AND APPROPRIATE.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Count III

### Illinois Law-Respondent Superior

73. Plaintiff realleges, restates and incorporates by references, all above paragraphs for paragraphs 1-72 of Count III of this Compliant at Law.

74. In committing the acts above, each of the employees defendants were members of an /or agents of the District 88 Village of Bellwood School District.

75. Defendants, the Village of Bellwood District of 88 School District, is liable for all torts committed by it agents.

WHEREFORE, PLAINTIFF RESPECTIFULLY REQUEST THAT THIS COURT GRANT JUDGEMENT IN HER FAVOR AND AGAINIST DEFENDANTS MALE AND FEMALE, WHERE THE PLAINITIFF CAN ATTEND A SCHOOL THAT WILL PROVIDE HIM WITH A QUALITY EDUCATION WHICH IS EQUAL TO A CHILD THAT IS NOT CONSIDEERED EXCEPTION, AWARDING COMPENSATORY DAMAGES, COSTS, AND ATTORNEY FEES, ALONG WITH PUNITIVE DAMAGES AGAINIST THE INDIVIDUAL DEFENDANT IN HIS AND HER INDIVIUDAL CAPACITY, AS WELL ANY OTHER RELIEF THIS COURT DEEMS JUST AND APPROPRIATE.

### Count V Indemnity

76. Plaintiff, realleges, restates and incorporates by references, all above paragraph for paragraphs 1-76 of Count V of this Compliant at Law.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

77. Defendant the Village of Bellwood Police Department District 88 school district has an obligation to indemnity the Educators for the Village of Bellwood School District 88 for the acts of the educators and professionals, as the individual educators were at all times relevant, employees of the Village of Bellwood School District 88.

78. The Individual defendants were at all times relevant acting within the course and scope of their employment.

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THAT THIS COURT GRANT JUDGEMENT IN HER FAVOR AND AGAINST DEFENDANTS MALE AND FEMALE, WHERE THE PLAINTIFF CAN ATTEND A SCHOOL THAT WILL PROVIDE HIM WITH A QUALITY EDUCATION WHICH IS EQUAL TO A CHILD THAT IS NOT CONSIDEERED EXCEPTION, AWARDING COMPENSATORY DAMAGES, COSTS, AND ATTORNEY FEES, ALONG WITH PUNITIVE DAMAGES AGAINIST THE INDIVIDUAL DEFENDANT IN HIS AND HER INDIVIUDAL CAPACITY, AS WELL ANY OTHER RELIEF THIS COURT DEEMS JUST AND APPROPRIATE.

Respectfully Submitted,

Kimyuna Jackson

Kimyuna Jackson
PRO SE 99500 312-834-1016
P.O Box 178321
Chicago, Illinois 60617

1-7-13  PCP→ Dr. Croucher (Peds Amb Clinic)

re: F/U visit č Speech

Age 3yo
Wt 18.1kg
Ht 108cm
Allergies: NKA
Meds: ∅

**[A]**

S: The M. states that J. has been having continued problems with his development esp. in regards to language delays. Started in speech therapy in July at Loyola & gets this 1x/wk. Not yet evaluated by school but had screening by school. Devel. Hx — The M. states that J. still is having some problems with attention but can recognize ABC's & colors. Able to identify body parts. Some echolalia noted.
Int. Med Hx — No ER visits. Had flu shot this year. Had WCC long ago & seen at this yr in Amb. Peds. No other problems

O: TM's clear bilat lungs - clear to ausc
CV: NSR S1S2 Abd - NT ND s̄ masse
Neuro - follows directions readily, good eye contact
Knows some body parts. DTR's 1-2/4 UE, 2/4 LE

A: Speech / Language Delays. Somewhat improved
Needs school based preschool & SL therapy ASAP.

P: M. given form to request the school to do eval & set up IEP & program ASAP, RTC 6mo

This American Academy of Pediatrics Visit Documentation Form is consistent with
Bright Futures: Guidelines for Health Supervision of Infants, Children, and Adolescents, 3rd Edition.

JACKSON, JABAR1
DOB: 09/18/2009
GENDER: M

MRN: 1001010336

The recommendations in this publication do not indicate an exclusive course of treatment or serve as a standard of medical care. Variations, taking into account individual circumstances, may be appropriate.

Copyright © 2010 American Academy of Pediatrics. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

1/7/13

Advocate Christ Medical Center

*1001010336*

## CLINIC NOTE

JACKSON, JABARI
MRN#: 001242866

### NEW PATIENT EVALUATION

PRESENTING HISTORY:
The patient is a 2-year-old male presenting with concerns about speech. Patient was initially referred to Early Intervention around age 1 after they were concerned about the patient not speaking, but mom had the initial coordinator come to her house but never had a therapy evaluation. Mom says that she was waiting for a "concrete diagnosis" concerning speech delay before pursuing therapies. Mom says she is not at all concerned about his behavior and thinks that this is consistent with age. Patient did have a hearing test done and that was normal. Patient had an ENT evaluation because he is "tongue tied." The ENT specialist told mother it would likely not help with his speech delay as it was mild and unless the specialist was concerned, there was no need to fix it at this time. Mom thinks that he can say 10 words. He cannot put words together into 2-word phrases. He does not attend any daycare at this time.

EVALUATION DATE:  01/17/2012

DATE OF BIRTH:  09/18/2009

*Referring: Dr. Croucher Hope Children's Hosp.*

Parent's Name and Address:
Kimyuna Jackson
3512 Adams Street
Bellwood, IL  60104

PAST MEDICAL HISTORY/HOSPITALIZATIONS:  Pregnancy, labor and delivery were normal.  There were no neonatal problems.  No history for recurrent or serious illnesses or significant injuries.

MEDICATIONS/IMMUNIZATIONS:  On no medications currently. Immunizations up to date by report.

DEVELOPMENTAL ISSUES:  Speech:  First started with mama, dada, nonspecific, around age 9 months but then did not specifically say mama, dada until around 16 months.  At 2 years old, he had his first word.
Motor development:  At 10 months old, he walked.  He crawled at 5 months.  He is able to walk up stairs 1 foot at a time.  He can remove his clothes, but he cannot put them on.  He can run.  He is not yet potty trained.

CONTINUED...

**CLINIC NOTE**

Advocate Christ Medical Center

## CLINIC NOTE

### JACKSON, JABARI
MRN#: 001242866

Sleeping:  He sleeps well at night, however, he has been sleeping in the same bed with mom since he was born.
Therapies:  He is currently receiving no therapies at this time.
Feeding:  He eats a wide variety of foods.

FAMILY AND SOCIAL HISTORY:  There is no family history of neurological diseases or learning problems.  Patient has 2 brothers, ages 14 and 10, who are healthy, who had no learning problems.  Mom is healthy. She did report that her father had a "communication fluency disorder," i.e., stuttering.  Child's father is not involved in his care; mom is unsure about his medical history.  Mom is currently unemployed at this time.

REVIEW OF SYSTEMS:  HEENT - No headaches, vision or hearing concerns. No history of lesions in nose or mouth or dental concerns.  CV/CHEST - No pain, discomfort or palpitations.  No problems with breathing. ABDOMEN - No pain, distention, constipation or diarrhea.  No blood or mucus in stool.  RENAL - No polyuria, dysuria or blood in urine. SKELETAL - No pains or problems with joints.  NEURO - No seizures, weakness or problems with coordination.  ALLERGIES - No history known for allergies/reactions to any medications.

EXAMINATION:  Weight 15.6 kg.  Head circumference 50.5 cm.  Length 101 cm.

GENERAL:  There were no dysmorphic features noted.

HEAD:  Normocephalic with normal shape.

EEN:  Eyes have normal pupils that respond to light.  Ears have normal shape with clear TMs.

ORAL:  Mouth has normal palate and teeth are in good condition.

NECK:  There is no thyromegaly, masses or tenderness noted.

CHEST:  The chest has a normal shape.  Lungs are clear to auscultation.

HEART:  The heart sounds have a normal rate and rhythm.  There are no murmurs present.

CONTINUED...

## CLINIC NOTE

Advocate Christ Medical Center

## CLINIC NOTE

JACKSON, JABARI
MRN#: 001242866

ABDOMEN:  No organomegaly, masses or tenderness is present.

GENITALS:  Exam deferred - no clinical indication.

EXTREMITIES/SPINE:  The spine is straight.  There is no evidence of
bony abnormalities of the extremities.  There is a hemangioma on the
left neck that appears to be involuting and there is a hyperpigmented
macule on his back (2x3cm)

NEUROLOGICAL:  Cranial nerves II-XII are grossly intact.  No abnormal
movements or dyskinesia is noted.  The DTRs are 2/4+ to 3+/4+ in the
upper extremities at the biceps and triceps.  In the lower
extremities, the DTRs are 2/4+ to 3+/4+ in the ankles and knees.

Age-appropriate protective and postural responses are normal
throughout.

PROBLEM LIST:
1.  Speech and language delay.
2.  No evidence for autistic spectrum disorder.

RECOMMENDATIONS:
1.  Recommend evaluation by Early Intervention and to follow
    recommendations regarding therapy.
2.  Hand-out given for language and speech delay.
3.  Return to clinic not needed.

Larry W. Desch, M.D.

Dictated By :  Julia Pickens, MD (Res)

JP/MEDQ-#081008
DD:  01/17/2012 12:29:49     DT:  01/17/2012 16:14:36

CC: Parent
Dr. Croudhia (atthope)
Chart
Dr. Desch

## CLINIC NOTE

B

**Loyola University Health System**

**Jabari Jackson**
5/1/2012 12:00 PM  Therapy Visit
MRN : 2182282

Description: **2 year old male**
Provider: **Michele Beglin, M.S.**
Department: **Obtmc Speech Therapy**

OBTMC Speech Therapy
Allergies as of 5/1/2012
    Not on Fi'

Immunizations administered on date of encounter - 5/1/2012
    No Immunizations were administered today.

Administrations This Visit
    None

Upcoming Administrations
None

**Medications**
   Please review this list of medication. If you see any errors or do not see a medication that you are
   currently taking, please call our office. Please share this list with all other doctors taking care of you.

**Patient Instructions**
We have provided you with your Speech Therapy Treatment plan below to assist you with verifying your
benefits with your insurance company for therapy services.  We recommend you contact your insurance
company to confirm your eligibility, coverage and benefit thresholds.  Co-pay is required at time of service.

Your Speech Therapy treatment plan for  **Mixed receptive-expressive language disorder  (primary
encounter diagnosis)** may consist of the following interventions with the recommendation of **1x/week X 12
visit(s)**

**CPT Code(s)/Treatment Intervention(s)**
92507    Speech/Language Voice Therapy

   **If laboratory tests were drawn during today's visit, please allow up to 7 days for your results.  Most
   lab results are automatically released to your myLoyola Select account 7 days after they are
   resulted.  Tests sent to an outside laboratory for processing may take longer.**

**Appointment Instructions**
   To schedule an appointment, please call 708-216-8563.

**myLoyola Select**
   We're proud to offer you online access to your medical record through myLoyola Select, our secure patient
   portal.  Whether you're at work, on the road, or at home, get automatic access to your test results, message
   your doctor, or request an appointment.  Your doctor's office can tell you more.  So sign up for myLoyola
   Select today - and get connected to your care.

   Access Code:  Not generated
   Patient is too young for myLoyola access

   How to access your myLoyola

Page 1 of 2

Jackson, Jabari (MR # 2182282) DOB: 09/18/2009  Printed
[L24989] at 5/1/12 12:52 PM

# Proviso Area for Exceptional Children
## SEJA #803
1000 Van Buren Street, Maywood, IL 60153
Phone: (708) 450-2100 - FAX (708) 450-1116



## Parent/Guardian Notification of Conference

| NAME OF CHILD | DATE OF BIRTH | DATE |
|---|---|---|
| Jabari Jackson | 09/18/2009 | 05/03/2012 |

Dear  Kimyuna Jackson
3512 Adams St
Bellwood, IL 60104

In order to discuss the educational needs of your child, you are invited to attend an IEP conference meeting to be held:

Lincoln PrimarySchool *** Rm 103*** 3519 Wilcox *** Bellwood IL 60104

*Building, Room and Address*

May 23, 2012 *** 9:00 AM

*Month/Date/Year and Time*

You are a participant on the IEP Team which will meet to address the purpose as indicated in the next section. You have the right to bring other individuals who have knowledge or special expertise regarding your child. If you plan to bring other individuals, please notify the individual indicated below prior to the meeting so arrangements and accommodations for participants can be made. If these meeting arrangements are not agreeable and/or you require an interpreter or translator, please contact the individual indicated below.

The purpose of this conference is to:

☐ Review your child's educational status and determine what additional data, if any, are needed to complete your child's evaluation.

☐ Review your child's recent evaluation to determine, reconsider, or change your child's eligibility for special education and related services.

☒ Review your child's eligibility and needs for special education and related services.

☒ Review and/or develop your child's Individualized Education Program (IEP) and determine the child's educational placement.

☐ Consider postsecondary goals and transition services (beginning at age 14 1/2).

☐ Consider relatedness of disability to disciplinary code violation(s).

☐ Consider the need for a functional behavioral assessment for your child.

☐ Review a need to create or revise a behavior intervention plan for your child.

☐ Review your child's recent change of placement due to suspension.

☐ Determine the location of the interim alternative educational setting.

☐ Review anticipated date of graduation.

☒ Other   IEP completion from IFSP

The invited individuals and their titles are listed below. If one of the individuals listed below is unable to attend due to unforeseen circumstances, the district will designate an appropriate and suitable replacement to attend the IEP meeting. Any student age 14 1/2 and older must be invited to any meeting if the purpose of the meeting is to consider transition service needs.

| Name | Title | Name | Title |
|---|---|---|---|
| Kimyuna Jackson | Parent | Karla Bass | Psychologist |
| Amita Paul | Special Education Teacher | Karen Mitchell, Principal | Attendance not required |
| Merril Joseph | Speech Pathologist | Pervin Ogra | General Education Teacher |
| Anamika Saini | Occupational Therapist | Barbara Brown-Gamougoun | Program Supervisor |
| Robin Hatchett | Social Work | | |

You and your child have protection under the procedural safeguards of special education regulations. The school district must provide you a copy of **Explanation of Procedural Safeguards** once a year. Please contact the district if you need a copy of **Explanation of Procedural Safeguards.**

Name:  Barbara Brown-Gamougoun   Title:  Program Supervisor   Phone:  708/ 410-3708

Sincerely,

| Barbara Brown-Gamougoun | Program Supervisor | 708/ 410-3708 |
|---|---|---|
| *Name* | *Title* | *Phone* |

ISBE 34-57D (8/14/07)

## Proviso Area for Exceptional Children
### SEJA #803
1000 Van Buren Street, Maywood, IL 60153
Phone: (708) 450-2100 - FAX (708) 450-1116

## Parent/Guardian Excusal of an Individualized Education Program Team Member

| NAME OF CHILD | DATE OF BIRTH | DATE |
|---|---|---|
| Jabari Jackson | 09/18/2009 | 05/23/2012 |

Dear    Kimyuna Jackson
         3512 Adams St
         Bellwood, IL 60104

An IEP Team meeting is scheduled for your child on _____05/23/2012_____

We   ☒ met in person    ☐ spoke on the phone    ☐ exchanged e-mails    ☐ exchanged faxes

and agreed to the following:

Allowing team members to be excused from attending an IEP meeting is intended to provide additional flexibility to parents in scheduling meetings. The presence and participation of the required Individualized Education (IEP) team member(s) identified below is/are not necessary and has/have been excused from being present and participating in the meeting. The "team member" is described in the regulations as, the general education teacher, special education teacher, LEA representative, and/or an individual who can interpret the instructional implications of evaluation results, who may be a member of the team already identified.

**Content area of excused member <u>not</u> discussed at the meeting**

☐ Yes   ☒ NA   The school district and parent/guardian agree the following member(s) is/are not required to attend the IEP meeting in whole or in part because the individual's area of curriculum, content or related service will not be discussed or modified.

| Pervin Ogra, General Education Teacher | |
|---|---|
| *Name and Area* | *Name and Area* |

| | |
|---|---|
| *Name and Area* | *Name and Area* |

**Content area of excused member discussed at the meeting**

☒ Yes   ☐ NA   The school district and parent/guardian agree the following member(s) may be excused from attending the IEP meeting in whole or in part, when the meeting involves a modification to or discussion of the member's area of the curriculum or related services, if the member submits input into the IEP in writing to the parent and to the team prior to the meeting.

| Amita Paul, Special Education Teacher | |
|---|---|
| *Name and Area* | *Name and Area* |

| | |
|---|---|
| *Name and Area* | *Name and Area* |

| *Parent/Guardian Signature* | 05/23/2012 |
|---|---|
| | *Date* |
| *Authorized School Personnel Signature* | 05/23/2012 |
| | *Date* |

If you have any questions or would like a copy of Explanation of Procedural Safeguards, please contact:

| Barbara Brown- Gamougoun | Program Supervisor | 708/ 410-3708 |
|---|---|---|
| *Name* | *Title* | *Phone* |

Sincerely,

| Barbara Brown- Gamougoun | Program Supervisor |
|---|---|
| *Name and Title* | |

ISBE 34-57H (1/08)

**Student:** Jabari Jackson

**Conference Date:** 5/23/2012 **DOB:** 09/18/2009

## ELIGIBILITY DETERMINATION

**PAEC #:** _____

### IDENTIFICATION OF DISABILITY

| Disability | Primary | Secondary | Disability | Primary | Secondary |
|---|---|---|---|---|---|
| Intellectual Disability (A) | ☐ | ☐ | Speech/Language Impairment (I) | ☐ | ☐ |
| Orthopedic Impairment (C) | ☐ | ☐ | Emotional Disturbance (K) | ☐ | ☐ |
| Specific Learning Disability (D) | ☐ | ☐ | Other Health Impairment (L) Specify: | ☐ | ☐ |
| Visually Impaired (E) ☐ Partial Sight ☐ Blind | ☐ | ☐ | Developmentally Delayed (N) | ☒ | ☐ |
| Hearing Impaired (F) ☐ Deafness (G) | ☐ | ☐ | Autism (O) | ☐ | ☐ |
| | | | Traumatic Brain Injury (P) | ☐ | ☐ |
| Deaf/Blind (H) | ☐ | ☐ | Multiple Disability (M) | ☐ | ☐ |

☐ Student does not meet the criteria for any disability.

### ADVERSE EFFECTS OF DISABILITIES

The identified cognitive deficits have an adverse effect on the student's ability to access the regular education environment.

The student's speech and language disability has an adverse effect on his/her ability to access academic instruction.

**Does the student require special education services to address the identified adverse effects?** ☒ Yes ☐ No

**Is the student eligible for special education services?** ☒ Yes ☐ No

### EDUCATIONAL NEEDS

Jabari needs to improve his speech, expressive language, and receptive language skills.
Jabri needs to improve his pre-academic skills.

**Student:**          Jabari  Jackson

**Conference Date:**    5/23/2012    **DOB:**    09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM                PAEC #: _____
## EDUCATIONAL NEEDS AND PRESENT LEVELS OF PERFORMANCE (Continued)

**Motor Skills**

No concerns at this time

**Study Skills**

No concerns at this time

**Vocational**

No concerns at this time

**Community/Mobility**

No concerns at this time

**Daily Living Skills**

No concerns at this time

**Student Strengths**

As Per IFSP reports dated 3/20/12, Jabari is a very sweet boy, he uses locomotion to regain objects.  He looks at pictures in a book briefly (1-2 seconds). He places several blocks in a cup self-directed.  He follows directions with visual cues.

Student: Jabari Jackson                    PAEC #: _____

Conference Date: 5/23/2012    DOB: 09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 1)

Performance Area: Speech/Language          (See Present Levels of Performance on a previous page.)

Goal Code: _____  ☒ Annual  ☐ Transition  ☒ Implementer: Speech/Lang. Therapist SLPA

Jabari will understand and use early language skills necessary for classroom participation (given maximum cues, models, and/or prompts) by mastering the following objectives by 9/2013.

### Benchmark or Short-Term Objective

In 12 months, Jabari will identify and/or label curriculum vocabulary from a field of 2-3 pictures/objects, given maximum cues, models, and prompts as needed.

Evaluation Criteria: 71 - 80% _____   Evaluation Schedule: Quarterly
Evaluation Procedure: Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will answer simple "what", and "where" questions about a story, personal event, activity, or picture in 2-3 word phrases, given maximum cues, models, and prompts.

Evaluation Criteria: _____ 61-70% accuracy _____   Evaluation Schedule: Quarterly
Evaluation Procedure: Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will follow simple 2 step directions, given maximum cues, models, and prompts.

Evaluation Criteria: _____ 61-70% accuracy _____   Evaluation Schedule: Quarterly
Evaluation Procedure: Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

**Student:** Jabari Jackson   **PAEC #:** _____

**Conference Date:** 5/23/2012   **DOB:** 09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 2)

**Performance Area:** Speech Articulation   (See Present Levels of Performance on a previous page.)

**Goal Code:** _____ ☒ Annual  ☐ Transition  ☒ Implementer: Speech/Lang. Therapist SLPA

Jabari will speak effectively in a variety of situations by mastering the following objectives by 9/2013.

### Benchmark or Short-Term Objective

In 12 months, Jabari will imitate age-appropriate phonemes /p,b,t,d,k,g,m,n,l,s/ in the isolation, in syllables, and in the initial position of words, given maximum cues, models, and prompts,

**Evaluation Criteria:** 61-70% accuracy   **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

**Evaluation Criteria:** _____   **Evaluation Schedule:** _____

**Evaluation Procedure:** _____

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

**Evaluation Criteria:** _____   **Evaluation Schedule:** _____

**Evaluation Procedure:** _____

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

Student: _____ Jabari Jackson _____ PAEC #: _____

Conference Date: 5/23/2012    DOB:   09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 3)

Performance Area:   Pre-Academic      (See Present Levels of Performance on a previous page.)

Goal Code: _____ ☒ Annual   ☐ Transition   ☒ Implementer:   Special Ed. Teacher

Jabari will improve his pre-academic skills that involve basic concepts such as telling his name, age, and gender, matchig letters, and following directions.

### Benchmark or Short-Term Objective

In 12 months, upon request Jabari will tell his name, age and gender.

Evaluation Criteria: _71 - 80%_ _____ Evaluation Schedule: _Quarterly_

Evaluation Procedure: Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabri will match the letters of his name.

Evaluation Criteria: _81 - 90%_ _____ Evaluation Schedule: _Quarterly_

Evaluation Procedure: Review of work

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will follow two steps directions.

Evaluation Criteria: _71 - 80%_ _____ Evaluation Schedule: _Quarterly_

Evaluation Procedure: Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

Student: Jabari Jackson                    PAEC #: _____

Conference Date: 5/23/2012    DOB: 09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 4)

Performance Area: Math                    (See Present Levels of Performance on a previous page.)

Goal Code: _____ ☒ Annual  ☐ Transition  ☒ Implementer: Special Ed. Teacher

Jabari will improve his problem solving skills and pre-math concepts.

### Benchmark or Short-Term Objective
Jabari will complete 5-7 pieces matching puzzles, initially with verbal cues and assistance then independently. By 9/2013

Evaluation Criteria: 81 - 90%                    Evaluation Schedule: Quarterly
Evaluation Procedure: Review of work

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective
In 12 months, Jabari will match and count numbers up to 5.

Evaluation Criteria: 81 - 90%                    Evaluation Schedule: Quarterly
Evaluation Procedure: Review of work

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective
In 12 months, Jabari will point to/name the following colors: red, yellow, blue, green and black.

Evaluation Criteria: 81 - 90%                    Evaluation Schedule: Quarterly
Evaluation Procedure: Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | match | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

**Student:** _____ Jabari  Jackson _____

**Conference Date:** , 5/23/2012 **DOB:** 09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM
## EDUCATIONAL NEEDS AND PRESENT LEVELS OF PERFORMANCE

**PAEC #:** _____

### EDUCATIONAL NEEDS

Jabari needs to improve his speech, expressive language, and receptive language skills.
Jabri needs to improve his pre-academic skills.

### PRESENT LEVELS OF PERFORMANCE

#### Academic

As Per IFSP reports dated 3/20/12, Jabari shows 59 % delay in coginitive skills.  The skills in this domain involve problem solving, judgement, and intelllectual thinking.

#### Social/Emotional

Results from the Hawaii Early Learning Profile (HELP) were included in the Initial Evaluation / Assessment Report dated 03/06/12. Jabari was tested at 29 months of age and received a score at 15 months of age in the Social-Emotional subtest which indicated a 49% delay. The Initial Evaluation/ Assessment Report indicated the following strengths: Jabari shows attachment to his mother. He follows simple directions. He shows distractible behavior (frequently). He begins to show a sense of humor. He tends to be quite messy. He repeats sounds or gestures if laughed at. He repeats enjoyable activities. He responds to affection given by his family. He leads his family to his needs. He responds playfully to mirror. He shows toy preferences. He hands an object to an adult with a visual cue.

Robin Hatchett, LCSW 05/17/12

#### Speech/Language

The results of the initial speech and language evaluation indicated that Jabari qualified to receive speech and language therapy through the Illinois Early Intervention program once a week. An updated speech and language evaluation is needed once he turns 3 years of age and enters District 88's preschool program since his paperwork will be out of date. A follow-up meeting should be scheduled in early Fall 2012 with Jabari's parent(s) and D88's Early Childhood Program Special Education Team to discuss the need for an updated evaluation (if a discharge evaluation is not completed and provided to D88 ECC Program). The results of this meeting and/or evaluation will determine if Jabari continues to qualify to receive direct and/or indirect speech and language therapy services and other special education services within District 88's Preschool Program.

Report reviewed by: Merril Joseph, MS, CCC-SLP, 5/23/2012

**Student:** Jabari Jackson

**Conference Date:** 5/23/2012 **DOB:** 09/18/2009

## CONTINUATION OF CONFERENCE - 1          PAEC #: _____

IFSP Transition Meeting: Jabari Jackson

Per speech and language portion of Jabari's initial evaluation report, Jabari was referred to the early intervention program by his pediatrician due to concerns regarding language development. Jabari's mother, Ms Jackson, expressed concerns that he was not using many words to communicate. Per mother, Jabari was born full term at Christ Advocate Hospital. Mother reported that the pregnancy and delivery were unremarkable. Jabari passed his newborn hearing screening and was discharged with his mother. Jabari has been generally healthy since birth with the exception of a tracheomalacia which he has outgrown. He has not had any ear infections. He is not taking any medications nor have any known allergies. Mother reports that Jabari's grandfather had a history of stuttering. English is the primary language spoken at home.

Per speech/language portion of the evaluation report, Jabari's speech and language skills were assessed using the Receptive Expressive Emergent Language Scale 3rd Edition (REEL-3). His speech/phonological assessment was based on clinical judgment. He was 29 months at the time of the evaluation (taken place on 3/6/2012). In the area of receptive language, he presented with a 63% delay. In the area of expressive language, he presented with a 66% delay. In the area of speech/phonology, he presented with a 69% delay (based on clinical judgment).

Per speech/language portion of the evaluation report, in the area of receptive language, Jabari's receptive language was solid at the 11 month developmental level. He was observed/reported to give objects to others upon request, follow simple commands, respond to his name, wave in response to "bye bye", and stop in response to "no". He was able to follow 1 step commands and identify familiar objects. He is working on identifying 3 body parts on himself. He struggles with identifying pictures when named, following 2 step directions, and responding to "where" questions. Jabari heavily relied on gesture cues to identify objects and follow directions.

Per speech/language portion of the evaluation report, in the area of expressive language, Jabari's expressive language skills were solid at the 10 month developmental level. He was observed/reported to say about 20 meaningful words (most of these words were though imitation or echoing the speech of others), frequently echoing the speech of others (imitation which is non-communicative), and vocalizing along with familiar songs. He used jargon-like utterances to himself and others. He struggled with using words spontaneously to interact with others, using gestures and vocalizations to indicate his needs and wants.

Per speech/language portion of the evaluation report, in the speech/phonology, it was recommended that Jabari's speech/phonological skills are further monitored as his expressive vocabulary increases. In the area of oral-motor, Jabari's lips were symmetrical at rest and when rounded. He presented with an open mouth posture and moderate drooling at rest. His cheeks were judged to be normal in tone. They were symmetrical when elevated. His tongues appeared to be typical in structure and function for speech and feeding purposes. In the area of feeding, Jabari's mother reported no concerns in the area of feeding. He tolerates various textures and foods. He drinks from a regular cup and straw. No overstuffing, choking, or gagging was reported.

Overall, Jabari qualified to receive speech and language therapy through the Illinois Early Intervention program once a week. An updated speech and language evaluation is needed once he turns 3 years of age and enters District 88's preschool program since his paperwork will be out of date. A follow-up meeting should be scheduled in early Fall 2012 with Jabari's parent(s) and D88's Early Childhood Program Special Education Team to discuss the need for an updated evaluation (if a discharge evaluation is not completed and provided to D88 ECC Program). The results of this meeting and/or evaluation will determine if Jabari continues to qualify to receive direct and/or indirect speech and language therapy services and other special education services within District 88's Preschool Program.

Report reviewed by: Merril Joseph, MS, CCC-SLP, 5/23/2012

Student:      Jabari Jackson

Conference Date:    5/23/2012    **DOB:**    09/18/2009

## SUMMARY OF CASE STUDY COMPONENTS (Continued)      PAEC #: _____

**Speech/Language**

Conducted By:    Report review by: M.Joseph SLP      Date:   5/23/2012

IFSP Transition Meeting: Jabari Jackson

Per speech and language portion of Jabari's initial evaluation report, Jabari was referred to the early intervention program by his pediatrician due to concerns regarding language development. Jabari's mother, Ms Jackson, expressed concerns that he was not using many words to communicate. Per mother, Jabari was born full term at Christ Advocate Hospital. Mother reported that the pregnancy and delivery were unremarkable. Jabari passed his newborn hearing screening and was discharged with his mother. Jabari has been generally healthy since birth with the exception of a tracheomalacia which he has outgrown. He has not had any ear infections. He is not taking any medications nor have any known allergies. Mother reports that Jabari's grandfather had a history of stuttering. English is the primary language spoken at home.

Per speech/language portion of the evaluation report, Jabari's speech and language skills were assessed using the Receptive Expressive Emergent Language Scale 3rd Edition (REEL-3). His speech/phonological assessment was based on clinical judgment. He was 29 months at the time of the evaluation (taken place on 3/6/2012). In the area of receptive language, he presented with a 63% delay. In the area of expressive language, he presented with a 66% delay. In the area of speech/phonology, he presented with a 69% delay (based on clinical judgment).

Per speech/language portion of the evaluation report, in the area of receptive language, Jabari's receptive language was solid at the 11 month developmental level. He was observed/reported to give objects to others upon request, follow simple commands, respond to his name, wave in response to "bye bye", and stop in response to "no". He was able to follow 1 step commands and identify familiar objects. He is working on identifying 3 body parts on himself. He struggles with identifying pictures when named, following 2 step directions, and responding to "where" questions. Jabari heavily relied on gesture cues to identify objects and follow directions.

Per speech/language portion of the evaluation report, in the area of expressive language, Jabari's expressive language skills were solid at the 10 month developmental level. He was observed/reported to say about 20 meaningful words (most of these words were though imitation or echoing the speech of others), frequently echoing the speech of others (imitation which is non-communicative), and vocalizing along with familiar songs. He used jargon-like utterances to himself and others. He struggled with using words spontaneously to interact with others, using gestures and vocalizations to indicate his needs and wants.

Per speech/language portion of the evaluation report, in the speech/phonology, it was recommended that Jabari's speech/phonological skills are further monitored as his expressive vocabulary increases. In the area of oral-motor, Jabari's lips were symmetrical at rest and when rounded. He presented with an open mouth posture and moderate drooling at rest. His cheeks were judged to be normal in tone. They were symmetrical when elevated. His tongues appeared to be typical in structure and function for speech and feeding purposes. In the area of feeding, Jabari's mother reported no concerns in the area of feeding. He tolerates various textures and foods. He drinks from a regular cup and straw. No overstuffing, choking, or gagging was reported.

Overall, Jabari qualified to receive speech and language therapy through the Illinois Early Intervention program once a week. An updated speech and language evaluation is needed once he turns 3 years of age and enters District 88's preschool program since his paperwork will be out of date. A follow-up meeting should be scheduled in early Fall 2012 with Jabari's parent(s) and D88's Early Childhood Program Special Education Team to discuss the need for an updated evaluation (if a discharge evaluation is not completed and provided to D88 ECC Program). The results of this meeting and/or evaluation will determine if Jabari continues to qualify to receive direct and/or indirect speech and language therapy services and other special education services within District 88's Preschool Program.

**Student:** Jabari Jackson

**Conference Date:** 5/23/2012   **DOB:** 09/18/2009

## ELIGIBILITY DETERMINATION CRITERIA
## INTELLECTUAL DISABILITY - DEVELOPMENTAL DELAY

**PAEC #:** _____

### Intellectual Disability

**Exclusionary Factors**

☐ The evaluation team has ruled out the following factors as the primary determinants of the student's intellectual disability.

☐ Vision, Hearing or Motor Disability      ☐ Social/Emotional

☐ Environmental, Cultural, or Economic Disadvantage      ☐ Limited English Proficiency

**Inclusionary Factors**

The student meets the following two criteria:

☐ A cognitive delay of 2.0 standard deviations or more below the mean.

Concurrent delay in at least two of the ten adaptive behavior skill areas:

☐ Communication      ☐ Leisure      ☐ Self Direction

☐ Home Living      ☐ Self Care      ☐ Functional Academics

☐ Community Use      ☐ Social Skills      ☐ Work

☐ Health and Safety

**Comments by the evaluation team:**
N/A

☐ **The student meets the eligibility criteria for intellectual disability.**

☐ **The student does not met the eligibility criteria for intellectual disability.**

### Developmental Delay (birth through 9 years only)

The student demonstrates a delay in one or more of the following areas:

☐ Physical Development      ☒ Social/Emotional Development      ☐ Vision

☒ Speech/Language Development      ☐ Independence/Self Help Skills      ☐ Hearing

☒ Cognitive Skills      ☐ Gross/Fine Motor Development

**Comments by the evaluation team:**
Based on Jabari's Early Intervention Service Plan which documents the functioning levels of development a decision was made that his delays warranted this eligibility.

☒ The student meets the eligibility criteria for developmental delay (birth through 9 years only).

☐ The student does not meet the eligibility criteria for developmental delay.

# Advocate Medical Group

4440 West 95th Street || Oak Lawn, IL 60453 || T 708.684.5341 || advocatehealth.com

E

Date: 1/8/13

Dear Principal Ms McClell

I am writing to request that my child _Jabari Jackson_ be evaluated for special education services. I am worried that _Jabari (BD 8/12/08)_ is not doing well in school and believe _learning exp, speech, langu_ that he/she may need special services in order to learn. _____ is in the ____ grade. _____ is his/her teacher.

Specifically I am worried because my child _has been evaluated by a developmental delay doctor, and it's suggested that he receve such services._

I understand that I have to give written permission in order for _Jabari_ to be evaluated. You can send me the consent form or any other information at _3512 adams Bellwood IL 60104_. You may call me during the day at _(312)834·1016_. Thank you for your prompt attention to my request. I understand that I will receive response to my request within 14 school days.

I look forward working with you and your staff to ensure a successful education experience for

_Jabari L Jackson_

Sincerely,

_Kimjera Jackson_

A faith-based health system serving individuals, families and communities

98-5088



# Proviso Area for Exceptional Children
## SEJA #803
1000 Van Buren Street, Maywood, IL 60153
### Phone: (708) 450-2100 - FAX (708) 450-1116

## Parent/Guardian Notification of Conference Recommendations

| NAME OF CHILD | DATE OF BIRTH | DATE |
|---|---|---|
| Jabari Jackson | 09/18/2009 | 05/23/2012 |

Dear  Kimyuna Jackson
3512 Adams St
Bellwood, IL 60104

The purpose of this letter is to provide you with notification of the educational recommendation developed for your child at the conference held on _____05/23/2012_____ at

*Month/Day/Year*

Lincoln Primary School, Rm. 103, 3519 Wilcox  Bellwood IL.

*Building, Room and Address*

At this conference it was determined that your child:

☒ Is eligible or continues to be eligible for special education and related services as listed in the IEP.

(Eligibility Determination:   Developmental Delay (3-9) _____ )

☒ Is not eligible for special education and related services.

☐ Requires a change in eligibility, as listed in the IEP conference summary report.

☒ Will receive the special education and related services as listed in the IEP.

☐ Requires a change of special education and/or related services/educational placement as indicated in the IEP.

☐ Requires a placement in an alternative educational setting as documented in the IEP.

☐ Will be discontinued from special education and related services due to determination of ineligibility or reaching the age of 22.

☐ Is recommended for graduation.

☐ Will be assessed with the Illinois Alternate Assessment (IAA).  The IAA is aligned with the Illinois Learning Standards (grade level academic content) and scored against alternate achievement standards.

☐ Other

**CHECK ONE, WHEN APPLICABLE:**  I understand that as soon as possible following development of the IEP, but not more than ten (10) calendar days, special education and related services will be provided to my child in accordance with the IEP, and

☒ I agree to waive the requirement of a ten calendar day interval before an initial or change in placement occurs.

☐ I do not agree to waive the requirement of a ten calendar day interval before an initial or change in placement occurs.

_____05/23/2012_____          _____
(Date)                                      (Parent/Guardian Signature)

Please refer to your copy of the IEP conference summary report which contains the information used in making these recommendations.  Please review the parental rights information in the **Explanation of Procedural Safeguards.**  If you wish to discuss any concerns or have questions regarding your rights or this information, please contact:

| Barbara Brown- Gamougoun | Program Supervisor | 708/ 410-3708 |
|---|---|---|
| *Name* | *Title* | *Phone* |

Sincerely, *Barbara Brown Gamougoun*

*Signature*

Barbara Brown- Gamougoun          Program Supervisor

*Name and Title*

ISBE 34-57E (1/08)



**Proviso Area for Exceptional Children**
SEJA #803
1000 Van Buren Street, Maywood, IL 60153
Phone: (708) 450-2100 - FAX (708) 450-1116

## Parent/Guardian Consent for Initial Provision of Special Education Placement and Related Services

| NAME OF CHILD | DATE OF BIRTH | DATE |
|---|---|---|
| Jabari Jackson | 09/18/2009 | 05/23/2012 |

Dear  Kimyuna Jackson
    3512 Adams St
    Bellwood, IL  60104

At a recent conference, your child was recommended for initial provision of special education and related services and an Individualized Education Program (IEP) was developed.  Before a school district can provide the special education services described in your child's IEP, your informed written consent is required.  Your consent is voluntary and you may revoke your consent at anytime.  If you revoke consent, it does not negate an action that has occurred after the consent was given and before the consent was revoked.

**CHECK ONE:**

☐ I give consent

For the initial special education and related services of my child as indicated on the Individualized Education Program (IEP).  The proposed special education and related service(s) have been fully explained to me and are consistent with the IEP developed for my child.

I understand that my consent is voluntary.   I understand that my consent is not required for continued services or change in services/placement.  At least annually, I will be given reasonable opportunity for comment on and input into my child's IEP.

I received a copy of the **Explanation of Procedural Safeguards** which have been fully explained to me by school personnel, including the procedures for requesting an impartial due process hearing.

I understand that as soon as possible following development of the IEP, but not more than ten (10) calendar days, special education and related services will be provided to my child in accordance with the IEP.

☐ I do not give consent

For the special education and related services of my child as indicated in the Individualized Education Program (IEP).

I understand that the school district will not be in violation of the requirement to make available a free appropriate public education for my child if I refuse to give consent.

☒ I have received

☒ Copy of the IEP Eligibility Summary
☒ Copy of the Individualized Education Program (IEP)
☒ Other

| 05/23/2012 | |
|---|---|
| (Date) | (Parent/Guardian Signature) |

If you have any questions concerning this process or require additional information regarding your and your child's rights, please contact:

| Barbara Brown- Gamougoun | Program Supervisor | 708/ 410-3708 |
|---|---|---|
| Name | Title | Phone |

Sincerely,

Barbara Brown- Gamougoun

Signature

| Barbara Brown- Gamougoun | Program Supervisor |
|---|---|
| Name and Title | |

ISBE 34-57F (1/08)



## Early Childhood – <u>Wednesday Folder</u>

### *** Parents/Guardians: Please Sign and Return by Thursday

**Student's Name:** Jabari Jackson    **Teacher:** Ms. Jones

| Date | Parent's Signature | Comments |
|------|-------------------|----------|
| 9/05/12 | | |
| 9/12/12 | | |
| 9/19/12 | | |
| 9/26/12 | | |
| 10/03/12 | | |
| 10/10/12 | | |
| 10/17/12 | | |
| 10/24/12 | | |
| 10/31/12 | | |
| 11/07/12 | | |
| 11/14/12 | | |
| 11/28/12 | | |
| 12/05/12 | | |
| 12/12/12 | | |
| 12/19/12 | | |
| 1/09/13 | | |
| 1/16/13 | | |
| 1/23/13 | | |
| 1/30/13 | | |
| 2/06/13 | Kim Jal | |
| 2/13/13 | Kim Jal | Situation has |
| 2/20/13 | Kim Jal | been discussed |
| 2/27/13 | Kim Jal | with educator! |
| 3/06/13 | | |
| 3/13/13 | | |
| 3/20/13 | | |
| 4/03/13 | | |
| 4/10/13 | | |
| 4/17/13 | | |
| 4/24/13 | | |
| 5/01/13 | | |
| 5/08/13 | | |
| 5/15/13 | | |
| 5/22/13 | | |
| 5/29/13 | | |

| Student: | Jabari Jackson | PAEC #: | 28361 |
|---|---|---|---|

| Conference Date: | 5/23/2012 | **DOB:** | 09/18/2009 |
|---|---|---|---|

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 1)

**Performance Area:** Speech/Language      (See Present Levels of Performance on a previous page.)

**Goal Code:** _____ ☒ Annual ☐ Transition ☒ Implementer: Speech/Lang. Therapist  SLPA

Jabari will understand and use early language skills necessary for classroom participation (given maximum cues, models, and/or prompts) by mastering the following objectives by 9/2013.

### Benchmark or Short-Term Objective

In 12 months, Jabari will identify and/or label curriculum vocabulary from a field of 2-3 pictures/objects, given maximum cues, models, and prompts as needed,

**Evaluation Criteria:** 71 - 80%      **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| **1st** | | | |
| **2nd** | | | |
| **3rd** | | | |
| **4th** | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will answer simple "what", and "where" questions about a story, personal event, activity, or picture in 2-3 word phrases, given maximum cues, models, and prompts.

**Evaluation Criteria:** 61-70% accuracy      **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| **1st** | | | |
| **2nd** | | | |
| **3rd** | | | |
| **4th** | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will follow simple 2 step directions, given maximum cues, models, and prompts.

**Evaluation Criteria:** 61-70% accuracy      **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| **1st** | | | |
| **2nd** | | | |
| **3rd** | | | |
| **4th** | | | |

| Student: | Jabari Jackson | | PAEC #: | 28361 |
|----------|---------------|---|---------|-------|

| Conference Date: | 5/23/2012 | DOB: | 09/18/2009 |
|------------------|-----------|------|------------|

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 2)

**Performance Area:** Speech Articulation    (See Present Levels of Performance on a previous page.)

**Goal Code:** _____ ☒ Annual ☐ Transition ☒ Implementer: Speech/Lang. Therapist  SLPA

Jabari will speak effectively in a variety of situations by mastering the following objectives by 9/2013.

---

### Benchmark or Short-Term Objective

In 12 months, Jabari will imitate age-appropriate phonemes /p,b,t,d,k,g,m,n,l,s/ in the isolation, in syllables, and in the initial position of words, given maximum cues, models, and prompts,

**Evaluation Criteria:** 61-70% accuracy     **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|-----------------|--------|------|---------|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

**Evaluation Criteria:** _____     **Evaluation Schedule:** _____

**Evaluation Procedure:** _____

| Progress Period | Status | Date | Comment |
|-----------------|--------|------|---------|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

**Evaluation Criteria:** _____     **Evaluation Schedule:** _____

**Evaluation Procedure:** _____

| Progress Period | Status | Date | Comment |
|-----------------|--------|------|---------|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

| Student: | Jabari Jackson | | PAEC #: | 28361 |
|---|---|---|---|---|

| Conference Date: | 5/23/2012 | DOB: | 09/18/2009 |
|---|---|---|---|

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 3)

**Performance Area:** Pre-Academic          (See Present Levels of Performance on a previous page.)

**Goal Code:** _____   ☒ Annual   ☐ Transition   ☒ Implementer: Special Ed. Teacher

Jabari will improve his pre-academic skills that involve basic concepts such as telling his name, age, and gender, matching letters, and following directions.

### Benchmark or Short-Term Objective

In 12 months, upon request Jabari will tell his name, age and gender.

**Evaluation Criteria:** 71 - 80%                **Evaluation Schedule:** Quarterly
**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabri will match the letters of his name.

**Evaluation Criteria:** 81 - 90%                **Evaluation Schedule:** Quarterly
**Evaluation Procedure:** Review of work

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will follow two steps directions.

**Evaluation Criteria:** 71 - 80%                **Evaluation Schedule:** Quarterly
**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

| Student: | Jabari Jackson | | PAEC #: | 28361 |
|---|---|---|---|---|

| Conference Date: | 5/23/2012 | DOB: | 09/18/2009 |
|---|---|---|---|

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 4)

**Performance Area:** Math       (See Present Levels of Performance on a previous page.)

**Goal Code:** _____  ☒ Annual  ☐ Transition  ☒ Implementer: Special Ed. Teacher

Jabari will improve his problem solving skills and pre-math concepts.

---

### Benchmark or Short-Term Objective

Jabari will complete 5-7 pieces matching puzzles, initially with verbal cues and assistance then independently. By 9/2013

**Evaluation Criteria:** 81 - 90%                **Evaluation Schedule:** Quarterly
**Evaluation Procedure:** Review of work

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will match and count numbers up to 5.

**Evaluation Criteria:** 81 - 90%                **Evaluation Schedule:** Quarterly
**Evaluation Procedure:** Review of work

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will point to/name the following colors: red, yellow, blue, green, orange and black.

**Evaluation Criteria:** 81 - 90%                **Evaluation Schedule:** Quarterly
**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | match |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

**Student:** Jabari  Jackson      **PAEC #:** 28361

**Conference Date:** 5/23/2012    **DOB:** 09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 5)

**Performance Area:** English Language Arts      (See Present Levels of Performance on a previous page.)

**Goal Code:** ELA 4A    ☒ Annual   ☐ Transition   ☒ Implementer:   Special Ed. Teacher    Team

Jabari will listen effectively in formal and informal situations

### Benchmark or Short-Term Objective

Across all settings, Jabari will turn toward the speaker when attention is required 75% of the time.

**Evaluation Criteria:** _____   **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

During a conversation, Jabari respond appropriately to comments and stay on a topic for 2 exchanges.

**Evaluation Criteria:** 71 - 80% _____   **Evaluation Schedule:** Quarterly

**Evaluation Procedure:**

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

**Evaluation Criteria:** _____   **Evaluation Schedule:**

**Evaluation Procedure:**

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

Kimyuna Jackson
3512 Adams
Bellwood IL, 60104
April 6, 2013


District 88 Bellwood IL 60104
Special Education Supervisor


Dear Ms Lot Jackson:

I am writing this letter to let you know that I am withdrawing Jabari Jackson from the special education program offered by District 88. I spoke with you upon Jabari entrance into the program about updating his IEP in the allotted time. I also spoke with you in regards to the validity of the IEP, as I never consented to such. It appears that the program you offer wasn't able to provide Jabari with a valid IEP in the time allotted, nor were you able to communicate any of Jabari's behavior achievements or disadvantages to myself. Therefore as of this date April 8, 2013. I am with drawing Jabari Lamar Jackson and looking into further action in regards to making certain he receives a quality education.

Sincerely,

Kimyuna Jackson

**Student:** Jabari Jackson   **PAEC #:** 28361

**Conference Date:** 5/23/2012   **DOB:** 09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 1)

(See Present Levels of Performance on a previous page.)

**Performance Area:** Speech/Language

**Goal Code:** _____   ☒ Annual   ☐ Transition   ☒ Implementer: Speech/Lang. Therapist SLPA

Jabari will understand and use early language skills necessary for classroom participation (given maximum cues, models, and/or prompts) by mastering the following objectives by 9/2013.

### Benchmark or Short-Term Objective

In 12 months, Jabari will identify and/or label curriculum vocabulary from a field of 2-3 pictures/objects, given maximum cues, models, and prompts as needed,

**Evaluation Criteria:** 71 - 80%   **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | Progressing | 3/20/2013 | Jabari readily imitates labels of objects/pictures during play or a language activity. He labels many transportation vehicles/common house objects independently. |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will answer simple "what", and "where" questions about a story, personal event, activity, or picture in 2-3 word phrases, given maximum cues, models, and prompts.

**Evaluation Criteria:** 61-70% accuracy   **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | Emerging | 3/20/2013 | Jabari imitates 2-3 word phrases 50-60% of the time. He is easily distracted but eager to participate in activities. He has more difficulty with "where" questions. |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

In 12 months, Jabari will follow simple 2 step directions, given maximum cues, models, and prompts.

**Evaluation Criteria:** 61-70% accuracy   **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | Emerging | 3/20/2013 | follows related 2 step classroom directives 40-50% of the time given repetition and visual prompts. |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

**Student:** Jabari Jackson    **PAEC #:** 28361

**Conference Date:** 5/23/2012    **DOB:** 09/18/2009

## INDIVIDUALIZED EDUCATION PROGRAM - ANNUAL GOAL / TRANSITION GOAL (Page 2)

**Performance Area:** Speech Articulation    (See Present Levels of Performance on a previous page.)

**Goal Code:** _____ ☒ Annual  ☐ Transition  ☒ Implementer: Speech/Lang. Therapist SLPA

Jabari will speak effectively in a variety of situations by mastering the following objectives by 9/2013.

### Benchmark or Short-Term Objective

In 12 months, Jabari will imitate age-appropriate phonemes /p,b,t,d,k,g,m,n,l,s/ in the isolation, in syllables, and in the initial position of words, given maximum cues, models, and prompts,

**Evaluation Criteria:** 61-70% accuracy    **Evaluation Schedule:** Quarterly

**Evaluation Procedure:** Observational Records

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | Achieved | 3/20/2013 | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

**Evaluation Criteria:** _____    **Evaluation Schedule:** _____

**Evaluation Procedure:** _____

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

### Benchmark or Short-Term Objective

**Evaluation Criteria:** _____    **Evaluation Schedule:** _____

**Evaluation Procedure:** _____

| Progress Period | Status | Date | Comment |
|---|---|---|---|
| 1st | | | |
| 2nd | | | |
| 3rd | | | |
| 4th | | | |

# Report of Progress on Annual Goal

Student: Jackson, Jabari    Birth Date: 09/18/2009    Grade: P

Current IEP Date: _____    School Year: _____    Teacher/Case Manager: Sp Ed Teacher /Prog

Report Period: ☐ 1 ☐ 2 ☐ 3 ☐ 4   Quarter      ☐ 1 ☐ 2 ☐ 3   Trimester

Note:   IEP goals are generally developed for a one year period. This progress report is intended to inform parents of progress toward completion of annual IEP goals.

| Annual Goal | Extent of Progress | Is progress sufficient to meet goal by end of year? | Date Progress Reviewed |
|---|---|---|---|
| Jabari will understand and use early language skills necessary for classroom participation (given maximum cues, models, and/or prompts) by mastering the following objectives by 9/2013. | Making Progress | YES | 3/20/2013 |
| Jabari will speak effectively in a variety of situations by mastering the following objectives by 9/2013. | Completed | YES | 3/20/2013 |
| Jabari will improve his pre-academic skills that involve basic concepts such as telling his name, age, and gender, matching letters, and following directions. | | | |
| Jabari will improve his problem solving skills and pre-math concepts. | | | |
| Jabari will listen effectively in formal and informal situations | | | |
| | | | |
| | | | |

**Quarter/Trimester Comments:**

_____

_____

_____

_____

Special Education Service Logs for School Year: 2012-2013

Student Last Name: Jackson

Student First Name: Johari

Teacher: Jones

School: LO

Service: SL

*Please have students place their initials in each box daily. If the student is absent for a scheduled block of time, please indicate the absence.

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 |
| 14 30 JT | 15 30 JT | 16 | 17 | 18 Early Release Day |
| 21 MLK, JR. Day | 22 30 JT | 23 | 24 | 25 |
| 28 P/T Conference | 29 30 JT | 30 | 31 | |

**Month: February**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | | | 1 |
| 4 30 JT | 5 30 JT | 6 | 7 | 8 |
| 11 30 | 12 30 JT | 13 | 14 | 15 Early Release Day |
| 18 Presidents' Day | 19 30 JT | 20 | 21 | 22 |
| 25 30 JT | 26 30 JT | 27 | 28 | |

**Month: March**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | | | 1 |
| 4 Casimir Pulaski Day | 5 30 JT | 6 | 7 | 8 |
| 11 30 JT | 12 30 JT | 13 | 14 | 15 |
| 18 SLP @ conf. | 19 30 JT | 20 | 21 | 22 |
| 25 Spring Break Begins | 26 | 27 | 28 | 29 |

**Month: April**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 1 Non-attendance day | 2 Back to School | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 Early Release Day |
| 29 | 30 | | | |

**Month: May**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 Memorial Day | 28 | 29 | 30 | 31 |

not el.